**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOSEPH FULLERTON**, an
individual, on behalf of himself and others
similarly situated,

      Plaintiff,

vs.                               **CASE NO: 3:17-cv-00296-RV-HTC**

**GOLDEN FLAKE SNACK FOODS, INC.,**

      Defendant.
_____/

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND RELEASE
AGREEMENT AND DISMISSAL WITH PREJUDICE**

Representative Plaintiff Joseph Fullerton ("Representative Plaintiff or Plaintiff") and Golden Flake Snack Foods, Inc. ("Golden Flake") hereby respectfully move this Honorable Court to approve the proposed Fair Labor Standards Act ("FLSA") opt-in Settlement reached by the Parties and memorialized in the Settlement and Release Agreement and Dismissal With Prejudice ("Settlement" or "Agreement") attached hereto as Exhibit A. Because the proposed Settlement is an FLSA *opt-in* settlement, as opposed to a Rule 23 *opt-out* settlement that would bind absent class members, no fairness hearing is

required or requested by the Parties.[1] Additionally, no oral argument is necessary or requested by the Parties.

The proposed settlement will resolve bona fide disputes involving overtime compensation claims brought under the FLSA on behalf of the Representative Plaintiff, the Existing Opt-In Party Plaintiffs, and other Eligible Settlement Participants who may choose to opt-in to the settlement by executing and returning Consent and Release Forms to be sent to them under this Court's order pursuant to the Stipulated Order Approving Settlement and Release Agreement and Dismissal With Prejudice, which is attached hereto as Exhibit D.

A Memorandum in Support of Approval is also attached hereto. The settlement documents submitted for approval or entry by this Honorable Court consist of the following:

Exhibit A: Settlement and Release Agreement and Dismissal With Prejudice with Appendix including the List of Plaintiff, Existing Opt-In Party Plaintiffs, and Eligible Settlement Participants

---

[1] *See Moore v. Ackerman Inv. Co.*, 07-cv-3058, 2009 WL 2848858, at *2 (N.D. Iowa Sept. 1, 2009) ("Section 216(b) does not expressly require a 'fairness' hearing on a proposed settlement, as Rule 23 of the Federal Rules of Civil Procedure does for class actions pursuant to that rule, and Rule 23 requirements are not directly applicable to a collective action pursuant to § 216(b)."); *McLean v. HSM Elec. Prot. Services, Inc.*, 07-cv-1680, 2008 WL 4642270 (M.D. Fla. Oct. 8, 2008) (same); *Barnes v. Benzerenterprises, Inc.*, 07-cv-1754, 2008 WL 4059839, at *1 (M.D. Fla. Aug. 27, 2008) ("the Court determines that there is no need for a fairness hearing").

Exhibit B:   Notice of Settlement of Lawsuit, with attached Consent and Release Form

Exhibit C:   General Release Agreement

Exhibit D:   Stipulated Order Approving Settlement and Release and Dismissal With Prejudice

Exhibit E:   Declaration of Class Counsel Anthony J. Lazzaro

Exhibit F:   Declaration of Class Counsel Chastity L. Christy

Exhibit G:   Declaration of Class Counsel Shannon M. Draher

Respectfully submitted,

/s/ Chastity L. Christy
Chastity L. Christy (OH 0088684)
Anthony J. Lazzaro (OH 0077962)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com

Hans A. Nilges (OH 0076017)
Shannon M. Draher (OH 0074304)
Michaela M. Calhoun (OH 0093546)
NILGES DRAHER LLC
4580 Stephen Circle, N.W.
Suite 201
Canton, Ohio 44718
Telephone:  (330) 470-4428
Facsimile:   (330) 754-1430
hans@ohlaborlaw.com
sdraher@ohlaborlaw.com

/s/ Richard Reibstein
Richard Reibstein
Locke Lord, LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Phone: 212-912-2797
rreibstein@lockelord.com

Russell F. Van Sickle
Beggs & Lane, RLLP
P.O. Box 12950
Pensacola, Florida 32591
Phone:  850-432-2451
Facsimile:  850-469-3331
rfv@beggslane.com

Attorneys for Defendant

Jeremiah J. Talbott (FL 015484)
900 E. Moreno Street
Pensacola, Florida 32503
Telephone: 850-437-9600
Facsimile: 850-437-0906
jjtalbott@talbottlawfirm.com
civilfilings@talbottlawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2019, a copy of the foregoing *Motion For Approval Of Settlement And Release Agreement and Dismissal With Prejudice* was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                                     /s/ Chastity L. Christy
                                              One of the Attorneys for Plaintiffs