**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

```
JOSEPH FULLERTON

     VS                                    CASE NO.  3:17cv296-RV/HTC

GOLDEN FLAKE SNACK FOODS, INC.
```

**REFERRAL AND ORDER**

Referred to Judge Vinson on  3/11/2019
Type of Motion/Pleading JOINT MOTION FOR APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT AND DISMISSAL WITH PREJUDICE
Filed by: PARTIES          on 3/8/19       Doc. No. 68
( X ) Consented
RESPONSES:
_____ on _____ Doc. No. _____
_____ on _____ Doc. No. _____

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/Donna Bajzik
Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   11th   day of          MARCH         , 2019, that:

(a)   The requested relief is GRANTED.
(b)   See separate order of even date herewith.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE